## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| EMPIRE TODAY, LLC | ) | |
| Plaintiff, | ) | |
| | ) | FILED: MARCH 21, 2008 |
| v. | ) | 08CV1683            EDA |
| | ) No. | JUDGE GOTTSCHALL |
| Luna Carpet and Blinds Co., Inc. | ) | MAGISTRATE JUDGE DENLOW |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

### COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF

Plaintiffs, EMPIRE TODAY, LLC ("Empire" or "Empire Today"), by and through

its attorneys, Wildman, Harrold, Allen & Dixon LLP, for its Complaint against

Defendant, Luna Carpet and Blinds Co., Inc. ("Luna"), states as follows:

### THE PARTIES

1.      Empire is a Delaware limited liability company with its principal place of

business in Northlake, Illinois.  Empire Today is engaged in the business of , *inter alia,*

selling and installing carpet, flooring and home improvement products.

2.      Luna is an Illinois corporation with its principal place of business in

Bellwood, Illinois.  Luna also is engaged in the business of selling and installing carpet,

flooring and other home improvement products

### JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction over this civil action pursuant to

28 U.S.C. § 1331 by reason of Plaintiff's claims of unfair competition under the Lanham

Act, 15 U.S.C. § 1114 *et seq.* and pendent jurisdiction under 28 U.S.C. § 1367(a).

4.    This Court has personal jurisdiction over Empire and Luna because they are doing business in Illinois and offer products and services for sale in Illinois.

5.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

## FACTS

### The Parties

6.    Empire is a home improvement company that sells and installs carpet, flooring and window treatments. Empire has used the Empire name and service mark, since at least as early as 1959.

7.    Empire is the owner of United States Trademark Registration Number 2,516,389 for the service mark EMPIRE. The EMPIRE mark is registered for use in connection with telephone shop-at-home services in the field of carpeting and installation of carpets.

8.    Empire is also the owner of United States Trademark Registration Number 3,090,137 for the service mark EMPIRE CARPET. The EMPIRE CARPET mark is registered for use in connection with shop-at-home, retail store and on-line retail store services in the fields of carpeting and flooring and installation services in the fields of carpeting and flooring. Empire has used this mark in commerce, since at least as early as April 5, 1973.

9.    Luna is a home improvement company that sells and installs carpet and flooring in the Chicagoland area.

### Google's Adword Program

10.    Google offers a service in which customers may arrange for their advertisements to appear on Google's website in response to a search query. Google calls its advertising program "Adwords."

11.    Google's customers can purchase words that, if entered by a user, will return search results that include a section at the beginning of the user's search results titled "Sponsored Links." The "Sponsored Links" section lists websites by owners who have paid to appear in the Sponsored Links section, together with a limited amount of advertising text.

### Luna's Wrongful Activity

12.    Empire recently became aware that a search on Google's website using the search terms "Empire Carpet" returns various listings for Luna's web site and various advertisements for Luna in the top position of the "Sponsored Links" section directing consumers looking for Empire's website to Luna's website.

13.    The advertisements that appear uses the Empire name and service mark within the text of the advertisement. *See, e.g.,* Exhibit A.

14.    Upon information and belief, Luna has purchased Empire's registered service mark EMPIRE CARPET as a keyword through Google's Adword program.

15.    Luna's purchase of Empire's registered mark constitutes use in commerce of the EMPIRE CARPET mark. *See, e.g., Internat'l Profit Assoc., Inc. v. Paisola*, 461 F. Supp. 2d 672, 677 (N. D. Ill. 2006).

16.    Luna's use of Empire's name within the text of its advertisement on Google also constitutes a use in commerce of Empire's name and registered service mark. *Id.*

17.    On February 19, 2008, shortly after Empire learned of Luna's activities described herein, Empire sent a cease and desist letter to Luna requesting that Luna cancel its subscription with Google for the Adwords EMPIRE CARPET. Exhbit B.

18.    On March 13, 2008, Luna's counsel responded to the letter indicating that Luna would not stop its unlawful activity.  Exhibit C.

## COUNT I

### Violation of the Lanham Act
### 15 U.S.C. § 1114

19.    Empire realleges and incorporates by reference herein the preceding paragraphs 1- 17 as though fully alleged herein.

20.    Empire holds a number of registered service marks in reference to its business name.   These include United States registration number 3,090,137 for the service mark EMPIRE CARPET and United States Registration Number 2,516,389 for the service mark EMPIRE.

21.    Luna is using in commerce the registered mark and the confusingly similar mark in connection with the advertising of its goods and services.

22.    Luna's use of Empire's marks is likely to cause confusion, mistake and deception of the public.

23.    Luna's use of Empire's marks as an Adword and within the text of its advertising creates initial interest confusion, dilutes the value of Empire's marks and constitutes trademark infringement that is likely to cause confusion, mistake, or deception amongst the consuming public that is being directed to Luna's website and business, when in fact it was looking for Empire's website.

24.    The foregoing actions are illegal under the provisions of 14 U.S.C. § 1114.

25.    Empire is being damaged by this conduct and is without an adequate remedy at law to compensate it for Luna's wrongful acts.

## COUNT II

### Violation of the Lanham Act
### 15 U.S.C. § 1125 (a)(1)

26.    Empire incorporates the allegations of paragraphs 1-24 as if fully restated herein.

27.    Section 1125(a)(1)(B) of the Lanham Act provides in pertinent part:

> (1) Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which—
>
> ....
>
> > (B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities, shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.

28.    In its advertising Luna falsely claims that it "has more choice than Empire." Exhibit A.

29.    Upon information and belief, the statement that Luna has more choice than Empire is false and misleading to consumers.

30.    Luna's false statement about Empire in Luna's advertising is causing damage to Empire and Empire is without an adequate remedy at law to compensate it for Luna's false statements.

## COUNT III

### Violation of the Illinois Uniform Deceptive Trade Practices Act

31.    Empire incorporates the allegations of paragraphs 1-29 as if fully restated herein.

32.    Luna violated the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/1 et seq. by, *inter alia*, purchasing the EMPIRE CARPET mark as an Adword from Google, using the EMPIRE CARPET mark to divert customers from Empire's website to Luna's, and using the EMPIRE mark in Luna's advertising in a manner that is likely to create a likelihood of confusion.

33.    In addition, Luna has violated the Illinois Uniform Deceptive Trade Practices Act by, *inter alia*, intentionally and falsely stating that that it has more choice than Empire.

34.    Empire is being damaged by this conduct and is without an adequate remedy at law to compensate it for Luna's wrongful acts.

## COUNT IV

### Violation of the Illinois Consumer Fraud and Deceptive Business Practices Act

1.    Empire incorporates the allegations of paragraphs 1-33 as if fully restated herein.

2.    Defendants violated the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/12 *et seq*. by, *inter alia*, purchasing the EMPIRE CARPET mark as an Adword from Google, using the EMPIRE CARPET mark to divert customers from Empire's website to Luna's, and using the EMPIRE mark in Luna's advertising in a manner that is likely to create a likelihood of confusion amongst consumers.

3.    In addition, Luna has violated the Illinois Consumer Fraud and Deceptive Business Practices Act  by, *inter alia*, intentionally and falsely stating that that it has more choice than Empire.

6

4.    Empire is being damaged by this conduct and is without an adequate remedy at law to compensate it for Luna's wrongful acts.

WHEREFORE, Empire prays that this Court:

(i)    enter judgment in favor of Empire and against Luna on Counts I through IV;

(ii)    grant a temporary and permanent injunction against Defendants enjoining them from:

a)    continuing to own the EMPIRE CARPET mark or any confusingly similar mark as a keyword through any internet search engine;

b)    continuing to unlawfully use the EMPIRE mark and name in any of its advertising;

c)    continuing to make false statements about Empire or its products or services;

d)    otherwise violating the Illinois Consumer Fraud and Deceptive Business Practices Act; and

e)    otherwise violating the Illinois Uniform Deceptive Trade Practices Act;

(iii)    award Empire damages in an amount not less than $75,000 to be proven at trial;

(iv)    award Empire exemplary damages in an amount to be proven at trial;

(v)    award Empire its costs and attorneys' fees; and

(vi)    award Empire such other relief as the Court deems just and necessary.

## DEMAND FOR JURY TRIAL

Empire hereby demands trial by jury of all issues triable of right by jury.


Date:March 21, 2008                    Rpectfully submitted,


                                       EMPIRE TODAY, LLC



                                       By: /s/John S. Letchinger
                                              One of Its Attorneys


John S. Letchinger
Sandra S. Pedersen
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 201-2000

8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

EMPIRE TODAY, LLC  )
              Plaintiff,  )
                         )
                         )
v.  )
                         )   **No.**    08CV1683        EDA
Luna Carpet and Blinds Co., Inc.  )                  JUDGE GOTTSCHALL
                         )                  MAGISTRATE JUDGE DENLOW
              Defendant.  )
                         )
                         )
                         )

# EXHIBIT A

Web   Images   Maps   News   Shopping   Gmail   more ▼

Sign in

**Google** | empire carpeting

Search | Advanced Search
Preferences

Web

Results **1 - 10** of about 357,000 for **empire carpeting**. (0.20 seconds)

Sponsored Links

**Empire Today - Home**
Read what our customers have to say about their **Empire Carpet** and **Empire** Flooring experiences at http://carpetstories.empiretoday.com and ...
www.empiretoday.com/ - 37k - Cached - Similar pages

Carpet          Careers
Hard Surface Flooring    Custom Windows

More results from empiretoday.com »

**Complaints Board | Empire Carpet**
I do home inspections, and I can't tell you how many complaints I hear and see about
**Empire Carpet** is thin and the installation is often substandard ... ...
www.complaintsboard.com/complaints/empire-carpet-s297.html - 55k -
Cached - Similar pages

**Complaints Board | Empire Carpet, Empire Today Workers installed ...**
Dec 21, 2006 ... **Empire Carpet** Complaints. Bait and switch, terrible service and products
quality!
www.complaintsboard.com/?search&ct=3187 - 59k - Cached - Similar pages

**Rip-off Report: Empire Carpet, Empire Today Workers installed ....**
**Empire Carpet**, **Empire** Today Workers installed wrong color **carpet**, broke kitchen
countertop, installers spoke no english Cinnaminson New Jersey.
www.ripoffreport.com/reports/0/256/RipOff0256990.htm - 56k - Cached - Similar pages

**Empire Carpet Stories**
**Empire** Today/ **Empire Carpet** Stories - Read what customers have to say about their
experience purchasing **carpet** from **Empire** Today...
carpetstories.empiretoday.com/ - 34k - Cached - Similar pages

**Professional Carpet Cleaning Services of Greater Long Island, New York**
Professional **Carpet** Cleaner. Long Island, Nassau County, New York. **Carpet**, upholstery,
truck mount. Home and commercial. We use the Rotovac PowerWand for ...
www.empiremagiccarpetcleaners.com/ - 16k - Cached - Similar pages

**Empire Carpet & Wood Floor Care, Inc**

**More Choice Than Empire**
**Carpeting** - Home Depot   Luna Flooring Galleries Chicagoland's Flooring Superstore
www.Luna.com

www.HomeDepot.com    Find all the Top Brands of **Carpet** at Home Depot. Hurry, Shop Now!

Sponsored Links

**Carpet Tiles**
Premium quality from 19¢ sq. ft.
Extra heavy tiles, no glue needed
www.carpet-usa.com

**Flooring at SEARS®**
Shop Huge Selection of Quality &
Dependable Tools at Official Site!
www.SEARS.com

**Empire Today**
50% Off Select Products
No Payments until April 2009!
www.empiretoday.com

**Empire Carpeting**
Carpeting Pros In Your Area.
Fast Service. Free Quote!
Flooring.EveryContractor.com

**Google** | empire carpet

| Search |

Advanced Search
Preferences

Web  Images  Maps  News  Shopping  Gmail  more ▼

Sign in

Web

Results 1 - 10 of about 265,000 for **empire carpet**. (0.07 seconds)

Sponsored Links

**Luna Flooring Galleries**
www.Luna.com                    More Choice Than **Empire** Chicagoland's Flooring Superstore

**Carpet - Home Depot**
www.HomeDepot.com    Find all the Top Brands of **Carpet** at Home Depot. Hurry, Shop Now!

**Empire Today**
www.empiretoday.com         50% Off Select Products No Payments until April 2009!

**Empire Today - Home**
Read what our customers have to say about their **Empire Carpet** and **Empire** Flooring
experiences at http://carpetstores.empiretoday.com and ...
www.empiretoday.com/ - 37k - Cached - Similar pages

    Careers
Carpet
Hard Surface Flooring    Custom Windows
Cached - Similar pages

More results from empiretoday.com »

**Complaints Board | Empire Carpet**
do home inspections, and I can't tell you how many complaints I hear and see about
**Empire. Carpet** is thin and the installation is often substandard. ...
www.complaintsboard.com/complaints/empire-carpet-c9297.html - 55k -
Cached - Similar pages

**Mike's Lookout » Blog Archive » Home Depot Carpet vs Empire Carpet**
I work with **Empire Carpet** in Indianapolis. I have been with them for 6 months now and I am
very happy with what I do and the service I provide. ...
www.belshe.com/2007/07/18/home-depot-carpet-vs-empire-carpet/ - 46k -
Cached - Similar pages

**Empire Carpet Ads. Getting the Burnt Popcorn Smell of out ...**
ITS LYNN HAULDREN AND HE'S NOT THE OWNER OF THE COMPANY. HE'S AN ACTOR
THAT'S BEEN ... WE CALLED **EMPIRE** FOR YOUR ANSWER AND IT SAYS. THE **EMPIRE CARPET** MAN
www.nbc4.com/money/2156700/detail.html - 61k - Cached - Similar pages

**Empire Carpet** Poor Service - **Empire Today** consumer complaint
A consumer complaint about **Empire Today**. Poor Service.
www.thesqueakywheel.com/complaints/2007/MAY/complaint13460.cfm - 13k -
Cached - Similar pages

View consumer complaints posted on TheSqueakyWheel.com
No Resolution in Response... **Empire** From Response. **Empire** Today. dba **Empire** Carpet

Sponsored Links

**Carpets**
All kind of top quality carpets at
discount price with free shipping.
www.rugstorydoor.com
Illinois

**7 Dirty Little Secrets**
Ebook reveals how to avoid scams
Discover tips & tricks to save big!
www.floorcoveringsecrets.com

**Empire Carpet**
Carpet Pros In Your Area
Fast Service. Free Quote!
Flooring.EveryContractor.com

Web   Images   Maps   News   Shopping   Gmail   more ▼

Sign in

# Google

empire carpet

[ Search ]   Advanced Search
Preferences

Web   Video

Results 1 - 10 of about 263,000 for **empire carpet**. (0.23 seconds)

Huge Sale at Luna Carpet
www.Luna.com    1'25-3/16 Save 50% w/ Low Price Guarantee!

**Carpet - Home Depot**
www.HomeDepot.com    Find all the Top Brands of Carpet at Home Depot. In Home Consultation!

**Empire Today**
www.empiretoday.com    50% Off Select Products No Payments until April 2009!

**Empire Today - Home**
... and what our customers have to say about their **Empire Carpet** and **Empire Flooring**
experiences at http://carpetstories.empiretoday.com and ...
www.empiretoday.com/ - 37k - Cached - Similar pages
More results from empiretoday.com »

**Complaints Board | Empire Carpet**
I do no home inspections, and I can't tell you how many complaints I hear and see about
**Empire Carpet** is thin and the installation is often substandard. ...
www.complaintsboard.com/complaints/empire-carpet-c3297.html - 55k -
Cached - Similar pages

**Empire Today - Wikipedia, the free encyclopedia**
In 2007, The Montel Williams Show selected Empire Today to carpet the television ...
**Empire Carpet Ads. Getting the Burnt Popcorn Smell of out Microwaves**," ...
en.wikipedia.org/wiki/Empire_Today - 45k - Cached - Similar pages

**Mike's Lookout » Blog Archive » Home Depot Carpet vs Empire Carpet**
I work with **Empire Carpet** in Indianapolis. I have been with them for 6 months now and I am
very happy with what I do and the service I provide. ...
www.belsme.com/2007/07/18/home-depot-carpet-vs-empire-carpet/ - 46k -
Cached - Similar pages

**YouTube - Empire carpet jingle**
Filler videos that may not be suitable for minors Note: some ...
⊕ Watch video - 9 sec - ☆☆☆☆☆
www.youtube.com/watch?v=PeucAM82UGA

**Empire Carpet Ads. Getting the Burnt Popcorn Smell of out ....**
A "WE CALLED EMPIRE FOR YOUR ANSWER AND IT SAYS: THE EMPIRE CARPET MAN

---

Sponsored Links

**Empire Carpet**
Carpet Pros In Your Area
Fast Service. Free Quote!
Flooring.EveryContractor.com

Ebook Reveals **Carpet Scam**
Shocking Truth told by insider book
Discover tips & tricks to save big!
www.floorcoveringsecrets.com

Sponsored Links

Carpet
Hard Surface Flooring

Careers
Custom Windows

**Web**  Images  Maps  News  Shopping  Gmail  more □$8″□(8

Sign in

# Google

empire carpet                    Search    Advanced Search
                                           Preferences

**Web**  Video                        Results **1 - 10** of about **265,000** for **empire carpet**. (0.22 seconds)

Save Over **Empire** At Luna                    Sponsored Links        Sponsored Links
www.Luna.com    Love Your **Carpet**/Love Your Floor! Save 50% & Low Price Guarantee.

**Carpet** - Home Depot                                          Ebook Reveals **Carpet** Scam
www.HomeDepot.com    Find all the Top Brands of **Carpet** at Home Depot. Hurry, Shop Now!    Shocking Truth told by insider book
                                                                 Discover tips & tricks to save big!
                                                                 www.floorcoveringsecrets.com
**Empire** Today
www.**empire**today.com    50% Off Select Products No Payments until April 2009!    **Empire Carpet**
                                                                 **Carpet** Pros In Your Area.
**Empire** Today - Home                                          Fast Service. Free Quote!
Read what our customers have to say about their **Empire Carpet** and **Empire** Flooring    Flooring.EveryContractor.com
experiences at http://carpetstories.empiretoday.com and ...
www.**empire**today.com/ - 37k - Cached - Similar pages

        Carpet                  Careers
        Hard Surface Flooring   Custom Windows

        More results from empiretoday.com »

Complaints Board | **Empire Carpet**
I do home inspections, and I can't tell you how many complaints I hear and see about
**Empire**. **Carpet** is thin and the installation is often substandard, ...
www.complaintsboard.com/complaints/empire-carpet-c9297.html - 55k -
Cached - Similar pages

**Empire** Today - Wikipedia, the free encyclopedia
In 2007, The Montel Williams Show selected **Empire** Today to **carpet** the television ...
"**Empire Carpet** Ads, Getting the Burnt Popcorn Smell of out Microwaves", ...
en.wikipedia.org/wiki/**Empire**_Today - 45k - Cached - Similar pages

Mike□$B!G□(Bs Lookout » Blog Archive » Home Depot **Carpet** vs **Empire Carpet**
I work with **Empire Carpet** in Indianapolis. I have been with them for 6 months now and I am
very happy with what I do and the service I provide. ...
www.belshe.com/2007/07/18/home-depot-**carpet**-vs-**empire**-**carpet**/ - 46k -
Cached - Similar pages


YouTube - **Empire carpet** jingle
Filter videos that may not be suitable for minors Note: some ... - 9 sec -
☆☆☆☆
www.youtube.com/watch?v=PeucAM82UGA

**Empire Carpet** Ads, Getting the Burnt Popcorn Smell of out ...
A: WE CALLED **EMPIRE** FOR YOUR ANSWER AND IT SAYS, THE **EMPIRE CARPET** MAN
IS LYNN HAULDREN AND HE'S NOT THE OWNER OF THE COMPANY, HE'S AN ACTOR
THAT'S BEEN ...
www.nbc4.com/money/2156700/detail.html - 61k - Cached - Similar pages

**Empire Carpet** Poor Service - **Empire** Today consumer complaint
A consumer complaint about **Empire** Today - Poor Service.
www.thesqueakywheel.com/complaints/2007/MAY/complaint13460.cfm - 13k -
Cached - Similar pages

Rip-off Report: **Empire Carpet**, **Empire** Today Workers installed ...
**Empire Carpet**, **Empire** Today Workers installed wrong color **carpet**, broke kitchen
countertop, installers spoke no english Cinnaminson New Jersey.
www.ripoffreport.com/reports/0/256/RipOff0256990.htm - 56k - Cached - Similar pages

**empire carpet** - Offers for **empire carpet** - exporters ...
**empire carpet** supplier directory - over 3000000 registered importers and exporters. **empire**
**carpet** suppliers from China and around the world, **empire carpet**, ...
www.tradekey.com/ks-**empire**-**carpet**/ - 79k - Cached - Similar pages

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

EMPIRE TODAY, LLC                    )
              Plaintiff,       )
                         )
   v.                                )
                         )    No.
Luna Carpet and Blinds Co., Inc.      )
                         )
            Defendant.    )
                         )
                         )
                         )

# EXHIBIT B



**Wildman, Harrold, Allen & Dixon** LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
312-201-2000
312-201-2555 fax
www.wildmanharrold.com

**John S. Letchinger**
312-201-2698
letchinger@wildman.com

Wildman Harrold
*Attorneys and Counselors*

February 19, 2008

VIA FEDERAL EXPRESS

Mr. Morris De Zara
President
Luna Carpet & Blinds Co., Inc.
10 Davis Road
Bellwood, IL 60104

Re:    Empire Today, LLC
       Our Ref. E0187.4

Dear Mr. De Zara:

We represent Empire Today, LLC ("Empire Today") with respect to intellectual property and litigation matters. We recently became aware that Luna Carpet & Blinds Co., Inc. ("Luna") has purchased Empire Today's registered trademark EMPIRE CARPET as an adword from both Yahoo! and Google. As you can see from the attached printouts, Luna appears as the top sponsored link after searching for the words "Empire Carpet."

Empire Today owns a federal trademark registration for the trademark EMPIRE CARPET (Registration Number 3,090,137). Empire Today has used the mark in interstate commerce since at least as early as April of 1973. Additionally, Empire Today owns several other federal trademark and service mark registrations that contain the word EMPIRE ("Empire Marks").

Luna's purchase of the adword EMPIRE CARPET was meant to suggest to consumers that Luna is somehow affiliated with or a distributor of Empire Today. Empire Today does not permit others to use the Empire Marks in a way that is likely to cause confusion among the public.

Mr. Morris De Zara
February 19, 2008
Page 2



Luna's unauthorized use of Empire's Marks as above described constitutes unfair competition in violation of the federal trademark law, also known as The Lanham Act, as well as the common law and trademark statutes of various states. The unauthorized use could subject Luna to injunctive relief, damages, including punitive damages, and attorneys fees. Accordingly, demand is hereby made upon Luna to cease and desist from any further use of the Empire Marks in any manner that suggests Luna is affiliated with Empire Today.

Empire Today demands that Luna immediately contact all appropriate search engines to cancel any purchase of an Empire Mark as an adword.

This is a very serious matter, and Empire Today intends to vigorously pursue protection of its trademarks and consumers. We request that Luna provide Empire Today, through me, with written confirmation of Luna's compliance with the stated demand immediately. If we do not receive confirmation, we will seek injunctive relief in court without any further notice to Luna.

Please let us have the requested assurances no later than February 27, 2008.

Sincerely,

John Letchinger

JSL:SSP

empire carpet - Google Search

Web    Images    Maps    News    Shopping    Gmail    more ▾

Sign in

Google

empire carpet                    Search    | Advanced Search
                                            Preferences

Web    Video                    Results 1 - 10 of about 251,000 for empire carpet. (0.15 seconds)

→  Luna **Carpet** & Floor sale                              Sponsored Links
   www.Luna.com    Love Your **Carpet**/Love Your Floor! Save 50% & Low Price
   Guarantee.                              **Empire Carpet**
                                           **Carpet** Pros In Your Area.
   **Empire** Today                        Fast Service. Free Quote!
   www.**empire**today.com    50% Off Select Products During Our Sale! (1/28/08-    Flooring.EveryContractor.com
   3/9/08)

**Empire** Today - Home

**Empire** Today, LLC is America's largest Shop-at-Home service featuring **Carpet**, Berber
**Carpet**, Window Treatments, Windows, Siding, Hard Surface Flooring, ...
www.**empire**today.com/ - 36k - Cached - Similar pages

    Carpet                            Careers
    Schedule an In-home Estimate      Information Center
    Window Treatments

    More results from empiretoday.com »

Complaints Board | **Empire Carpet**

I do home inspections, and I can't tell you how many complaints I hear and see about
**Empire**. **Carpet** is thin and the installation is often substandard, ...
www.complaintsboard.com/complaints/**empire-carpet**-c9297.html - 52k -
Cached - Similar pages

    Complaints Board | **Empire Carpet**

    Dec 21, 2006 ... **Empire Carpet** Complaints: Bait and switch, terrible service and products
    quality!
    www.complaintsboard.com/?searchcl=3187 - 56k - Cached - Similar pages
    More results from www.complaintsboard.com »

Mike's Lookout » Blog Archive » Home Depot **Carpet** vs **Empire Carpet**

I work with **Empire Carpet** in Indianapolis. I have been with them for 6 months now and I
am very happy with what I do and the service I provide. ...
www.belshe.com/2007/07/18/home-depot-**carpet**-vs-**empire-carpet**/ - 34k -
Cached - Similar pages

Rip-off Report: **Empire Carpet**, **Empire** Today Workers installed ...

**Empire Carpet**, **Empire** Today Workers installed wrong color **carpet**, broke kitchen
countertop, installers spoke no english Cinnaminson New Jersey.
www.ripoffreport.com/reports/0/256/RipOff0256990.htm - 56k - Cached - Similar pages

empire carpet - Offers for **empire carpet** - exporters ...

empire carpet supplier directory - over 3000000 registered importers and exporters.
empire carpet suppliers from China and around the world, **empire carpet**, ...
www.tradekey.com/ks-**empire-carpet**/ - 77k - Cached - Similar pages

    YouTube - **Empire carpet** jingle
    5 clicks from http://www.google.com/search?hl=en&q ...

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EMPIRE TODAY, LLC                          )
               Plaintiff,              )
                           )
    v.                                     )
                           )   No.
Luna Carpet and Blinds Co., Inc.           )
                           )
          Defendant.                  )
                           )
                           )
                           )

# EXHIBIT C

**M U C H** *S H E L I S T*

**ATTORNEYS AT LAW**
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606.1615

**T** 312.521.2000
**F** 312.521.2200

www.muchshelist.com

DIRECT DIAL:
312.521.2424
dliutikas@muchshelist.com

March 13, 2008

<u>VIA FACSIMILE AT 312-201-2555</u>

John S. Letchinger, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229

Re:   Your letter dated February 19, 2008

Dear Mr. Letchinger:

We represent Luna Carpet and Blinds Co., Inc. ("Luna") and are in receipt of the above referenced letter. We respectfully disagree with your allegations and conclusions.

In your letter you allege that Luna has purchased your client's trademark as a Yahoo and Google adword. To support your allegation, you have provided a printout of a Google search for "empire carpet" showing that Luna appears as a sponsored link. We have run and provided for your reference a Google search for the "luna carpet" mark showing your client, Empire Today, as a sponsored link. Note that the mark LUNA is a registered trademark (Reg. No. 3301575) of Luna. Further, attached are searches for only the "carpet" mark which places both Luna and your client on a sponsored link result and "empire" which only places your client on a sponsored link result. As such, based on this evidence, it is not clear that your client's allegations are accurate. Notwithstanding, if they are accurate as to Luna, note that your client is purchasing adwords for the "Luna Carpet" search term which you allege is unlawful. As such, it is clear that your client has unclean hands in this matter.

Regardless of the preceding, we are unaware of any statutes, common law, or interpretations of the Lanham Act which makes the purchase of search engine adwords, which are registered or common law trademarks of a party, unlawful. In fact, it appears that the law in this area does not support your assertions. To the extent there are cases which address this issue, it appears that such adword purchases were not considered a trademark "use in commerce" and, as such, could not be considered a trademark infringement. In addition, we do not believe that any likelihood of confusion would result as the purchased adword is not used in connection with the sale of any goods or services but rather produces a search engine result which may include any number of similarly situated merchants.

Much Shelist Denenberg Ament & Rubenstein, P.C.

INTERNATIONAL
ALLIANCE
OF LAW FIRMS

# MUCH SHELIST

John S. Letchinger, Esq.
Wildman, Harrold, Allen & Dixon LLP
March 13, 2008
Page 2

We believe this resolves any concerns you may have.  If you have any questions, please contact us directly.

Very truly yours,

L. Daniel Liutikas

LDL:jc

Enclosure

751812_1

Luna carpet - Google Search

Page 1 of 2

My Notebooks | Web History | My Account | Sign out

Google

Luna carpet

[ Search ]  Advanced Search
              Preferences

Web   Shopping                           Results 1 - 10 of about 350,000 for Luna carpet. (0.38 seconds)

**Empire Today**                                                            Sponsored Links
www.empiretoday.com     50% Off Select Products During Our Sale!  Sponsored Link
(1/28/08-3/9/08)                                                            **Children's Supplies**
                                                                           Decorate Your Dream Nursery.
                                                                           Explore Children's Supplies!
                                                                           Shopzilla.com/Children'sSupplies

Product search results for **Luna carpet**
**Luna Carpet**         $145.00 - Moolka
Haba **Luna Carpet**    $142.50 - BabyRide
Haba **Luna Carpet**    $154.99 - Compo Toys
See Luna carpet results available through Google Checkout

**Luna Carpet, Hardwood, Laminate Flooring - Chicago, IL | Luna.com**

Chicago's Flooring Experts Since 1958 - Low Price Guarantee, Lifetime Installation
Warranty on **Carpet**, Hardwood and Laminate.
www.luna.com/ - 22k - Cached - Similar pages - Note this

"A Fuller Moon" - **Luna Carpet** to Expand Its Market This Fall

**Luna Carpet**'s expansion into retail dramatizes how **Luna** has reinvented itself since
Salamon DeZara arrived in America from Istanbul, Turkey, in 1956, ...
www.luna.com/About-Luna/InYourNeighborhood/NapervilleSunArticle.aspx - 16k -
Cached - Similar pages - Note this

**Battle of the Jingles: Empire Carpet vs. Luna Carpet - jotsheet**

To you Chicagoans (and beyond, actually, since Empire sells in the Midwest): Who has the
better jingle, Empire **Carpet** or **Luna Carpet**? ...
underscorebleach.net/jotsheet/2006/04/luna-empire-carpet-jingles - 36k -
Cached - Similar pages - Note this

**Luna Carpet & Blinds - Bellwood, IL  60104 - Citysearch**

Come to Citysearch to get information, directions, and reviews on **Luna Carpet & Blinds**
and other Carpeting Companies, Blind and Drapery Stores, ...
Map of 10 Davis Dr, Bellwood, IL 60104
chicago.citysearch.com/profile/44438028/bellwood_il/luna_carpet_blinds.html - 63k -
Cached - Similar pages - Note this

**Luna Carpet & Blinds - Bellwood, IL 60104 - Reviews: Carpet & Rug ...** - 2 visits - Jan 21

Read 7 Reviews of **Luna Carpet & Blinds** in Bellwood, IL. Had a salesguy come out.. he
was fine. He did admit that the Buy One room Get one Free doesn't work ...
Map of 10 Davis Dr, Bellwood, IL 60104
www.insiderpages.com/b/5712675094 - Similar pages - Note this

**Carpet Stores - Luna Carpet 10 N Davis Dr Bellwood IL** - 2 visits - 11/18/07

Google

empire                    [ Search ]  Advanced Search
                                      Preferences

Web  Books  Video                    Results 1 - 10 of about **216,000,000** for **empire** [definition]. (0.05 seconds

**Empire** Today                                      Sponsored Lin
www.empiretoday.com    50% Off Select Products During Our Sale! (1/28/08-3/9/08)

## Empire - Wikipedia, the free encyclopedia
An **empire** (from the Latin "imperium", denoting military command within the ancient Roman
government) is a state that extends dominion over populations ...
en.wikipedia.org/wiki/**Empire** - 81k - Cached - Similar pages

### Roman **Empire** - Wikipedia, the free encyclopedia
The Roman **Empire** is the phase of the ancient Roman civilization characterized by an
autocratic form of government. The Roman **Empire** succeeded the ...
en.wikipedia.org/wiki/Roman_**Empire** - 228k - Cached - Similar pages
More results from en.wikipedia.org »

## **Empire** HealthChoice Assurance, Inc.
Anthem Blue Cross and Blue Shield offers affordable solutions for your health, medical,
dental, pharmacy, vision and life insurance needs.
www.empireblue.com/ - 12k - Cached - Similar pages

See results for: empire *paintball*

## Empire Paintball
Manufacturer of the Mini **paintball** gun, Reloader B, apparel, and accessories.
Features online catalog and images.
www.empirepaintball.com/

## **Empire Paintball** Barrels - Online **Paintball** Store
**Empire Paintball** Barrels - #1 Online **Paintball** Store. Find **Empire Paintball**
Barrels at guaranteed low prices. Choose from a huge selection of **Empire** ...
www.sakworldpaintball.com/empaba.html

## MySpace.com - **Empire Paintball** - 33 - Male - Sewell, NEW JERSEY ...
MySpace profile for **Empire Paintball** with pictures, videos, personal blog,
interests, information about me and more.
www.myspace.com/official_empire_paintball

## Welcome to **Empire** Comfort Systems ®
**Empire** Comfort Systems offers a full link of fireplace and gas hearth products, gas logs,
residential zone heaters, commercial/industrial heating aplicances ...
www.empirecomfort.com/ - 35k - Cached - Similar pages


### Kasabian - **Empire**
- **Empire**...First single from the band's second album, August ...
5 min - ⭐⭐⭐⭐⭐
www.youtube.com/watch?v=aSKxXu05aOE

## **Empire** (2002)
Directed by Franc. Reyes. With John Leguizamo, Peter Sarsgaard, Denise Richards. Visit
IMDb for Photos, Showtimes, Cast, Crew, Reviews, Plot Summary, ...

Google

·carpet

[Search] Advanced Search
Preferences

---

Web   Shopping       Results 1 - 10 of about **116,000,000** for **carpet** [definition]. (0.10 seconds

Luna **Carpet** Sale                  Sponsored Links       Sponsored Links
www.Luna.com   "Love Your **Carpet**" Sale 1/25-3/16 50% Off Lowest Price
Guaranteed.

Discount **Carpet**
**Carpet**, tile, rugs, and laminate.
12 Chicago locations.
www.olsonrug.com
Chicago, IL

Empire Today
www.EmpireToday.com     No Payments Til April 2009! Visit Our Website For Details.

Stainmaster **Carpet**
Stainmaster.com     The Savvy Home Design newsletter is the place for beautiful home
design

FLOR™ **Carpet** Squares
Wake up any room in an afternoon
Design it, See it, Buy it online.
www.FLOR.com/CarpetSquare

Shaw Floors: **Carpets**. Hardwoods, Ceramic, Laminates and Area
Rugs ...

Shaw is a leading manufacturer of a wide variety of flooring. Top quality **carpet**, area
rugs, ceramic tile, hardwoods, and laminate flooring in an array of ...
www.shawfloors.com/ - 24k - Cached - Similar pages

Mohawk Flooring
Your complete flooring solution.
Visit now to explore your options.
www.Mohawk-Flooring.com

    Shaw **Carpets** in a Variety of Colors and Textures -
    ShawFloors.com

    Shaw is the world's largest producer of **carpets**, with many styles of loops,
    patterns, textures, and twists. Explore our exclusive collections.
    www.shawfloors.com/**carpet** - 36k - Cached - Similar pages

**Carpet**
Chicago's Stainmaster Flooring
& Large In-Stock **Carpet** Center
www.homecarpet1.com
Chicago, IL

**Carpet**.org - The best place on the web for **carpet**

Learn everything you need to know about **carpet** (ie what to buy, how to clean, which
retailer to use, etc.)
www.**carpet**.org/ - 5k - Cached - Similar pages

Commercial Carpeting
Commercial **Carpet** Only. 70% Off!
Offices, Rentals, Motels & Churches
CompetitiveCommercialCarpet.com

**Carpet** - Wikipedia, the free encyclopedia

A **carpet** is any loom-woven, felted textile or grass floor covering. The term was also
used for table and wall coverings, as **carpets** were not commonly used ...
en.wikipedia.org/wiki/**Carpet** - 63k - Cached - Similar pages

Area Rugs For Less
Selling Area Rugs since 1874
Immediate Delivery. Free Shipping
www.OlsonRugShop.com
Chicago, IL

DirectBuy - Buy **Carpet** at Manufacturer-Direct Prices at DirectBuy ...

DirectBuy allows you to buy discount carpeting at wholesale prices. Buy direct from the
manufacturer. Wholesale **carpet** from name-brand manufacturers.
www.directdiscountcarpet.com/ - 14k - Cached - Similar pages

Flooring Price Quotes
Get free, no obligation estimates
from Qualified Flooring Contractors
www.HomeImprovementPortal.com
Chicago, IL

Mohawk Flooring - Carpeting - Area rugs, Carpeting, **Carpet** ...

As one of the world's largest floor covering manufacturers and distributors, Mohawk
takes great pride in providing the highest quality products to meet all ...
www.mohawk-flooring.com/carpeting/default.aspx - 36k - Cached - Similar pages

Rug Sale - Save 30 - 70%
Find Beautiful Rugs at Closeout
Prices & Free Shipping. Shop Now!
www.RugsDirect.com

**Carpet**.net - Wholesale **Carpet** Direct from the Manufacturer ...

A real Discount Wholesale **Carpet** Dealer in Dalton, Georgia where you can save 30%
to 60% on Shaw, Mohawk and all other major brands of flooring.
www.**carpet**.net/ - 10k - Cached - Similar pages

More Sponsored Links »

Carpeting Contractors

Get matched to local **Carpet** contractors for your home improvement projects.
ServiceMagic's network of **Carpet** contractors are prescreened and customer-rated.
www.servicemagic.com/category.**Carpet**.10313.html - 48k - Cached - Similar pages

Discount **carpet**.buy **carpet** online at discount **carpet** prices