U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08-cv-1683
EMPIRE TODAY, LLC
v.
LUNA CARPET AND BLINDS CO., INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LUNA CARPET AND BLINDS CO., INC.

| |
|---|
| NAME (Type or print) <br> CHARLES CHEJFEC |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Charles Chejfec |
| FIRM <br> KATTEN MUCHIN ROSENMAN LLP |
| STREET ADDRESS <br> 525 W. MONROE STREET |
| CITY/STATE/ZIP <br> CHICAGO, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6230825 | TELEPHONE NUMBER <br> (312) 902-5617 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |
|---|