U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number: 08-cv-1683
EMPIRE TODAY, LLC
v.
LUNA CARPET AND BLINDS CO., INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LUNA CARPET AND BLINDS CO., INC.

| NAME (Type or print) |
| --- |
| CATHAY Y. N. SMITH |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Cathay Y. N. Smith |

| FIRM |
| --- |
| KATTEN MUCHIN ROSENMAN LLP |

| STREET ADDRESS |
| --- |
| 525 W. MONROE STREET |

| CITY/STATE/ZIP |
| --- |
| CHICAGO, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6290784 | (312) 902-5252 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |