IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMPIRE TODAY, LLC<br>　　　　Plaintiff,<br><br>v.<br><br>Luna Carpet and Blinds Co., Inc.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 08 CV 1683<br>) Judge Gottschall<br>) Magistrate Judge Morlow<br>)<br>)<br>)<br>) |

### STIPULATION FOR DISMISSAL AND ORDER

This matter coming to be heard before this Honorable Court, the Court being advised that Empire Today, LLC., a Delaware limited liability company, and Luna Carpet and Blinds Co., Inc., an Illinois corporation, ("Parties") have agreed to fully and finally settle their differences; it is hereby ORDERED as follows:

All claims and defenses are hereby dismissed with prejudice, and each of the Parties shall bear its own costs and attorneys' fees.

The Parties agree that neither of them will seek, in any manner whatsoever, to vacate, modify, or appeal this Stipulation for Dismissal and Order entered by this Court.

**ENTERED:**

Honorable Joan Gottschall

**AGREED BY:**

EMPIRE TODAY, LLC                    LUNA CARPET AND BLINDS CO., INC.

By: _____          By: _____
John S. Letchinger                   Kristin Achterhoff
Sandra Scavo Pedersen                Katten Muchin Rosenman LLP
Wildman, Harrold, Allen & Dixon LLP  525 West Monroe Street
225 West Wacker Drive                Chicago, Illinois 60661-3693
Chicago, IL 60606                    312-902-5296
(312) 201-2000