Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1683 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Empire Today, LLC vs. Luna Carpet and Blinds Co., Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Enter Stipulation for Dismissal and Order. All claims and defenses are hereby dismissed with prejudice, and each of the parties shall bear its own costs and attorneys' fees. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00.03

| | Courtroom Deputy Initials. | RJ |
|---|---|---|